UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| | : | |
| v. | : | Criminal No. 3:05CR58(SRU) |
| | : | |
| ALEX LUNA, et al. | : | September 1, 2005 |

UNITED STATES OF AMERICA'S BILL OF PARTICULARS
FOR FORFEITURE OF ASSETS

      The United States of America (the "United States"), by and through its attorney, the United States Attorney for the District of Connecticut, hereby files the following Bill of Particulars for Forfeiture of Assets.

      On March 10, 2005, a federal grand jury returned a seven-count Indictment charging Alex Luna, along with nineteen (19) other defendants, with conspiracy to possess with intent to distribute and to distribute 5 kilogram grams or more of cocaine and 50 grams or more of cocaine base, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A); and with possession with intent to distribute and distribution of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). The Indictment also included a forfeiture allegation, which seeks forfeiture pursuant to 21 U.S.C. § 853, of all property constituting or derived from proceeds obtained as a result of the charged narcotics trafficking violations, and all property used, or intended to be used, to commit or to facilitate the commission of such violations, as well as a money judgment equal to the total amount of proceeds obtained as a result of the charged offenses.

      The United States hereby gives notice that, in addition to the forfeiture allegation contained in the Indictment, the United States is seeking forfeiture of additional property, including but not

limited to the following, because it constitutes or is derived from proceeds obtained as a result of the charged narcotics trafficking violations:

$10,975.38, seized on March 16, 2005, in New Milford, Connecticut, from account no. 350005331, held at NewMil Bank Savings, and held in the names of Digna Adames and Plinio Adames.

Respectfully submitted

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


/s/
HAROLD H. CHEN
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR #ct24432

ALINA P. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR #ct14968
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203) 696-3000
(203) 579-5550

CERTIFICATION

      I hereby certify that on September 1, 2005, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/
      Harold H. Chen
      ASSISTANT UNITED STATES ATTORNEY